REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:17-00050

UNITED STATES OF AMERICA

v.

PANKAJKUMAR PATEL

(list each defendant appearing at hearing)

Judge: Trauger

Hearing Date: 9/20/18

Location: ☑ Nashville ☐ Columbia ☐ Cookeville

Court Reporter: Roxann Harkins

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Van Vincent

Defense Attorney(s): Peter Strianse

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☑
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Defendant pleds guilty to counts 47,48, 49-65 and the forfeiture count of the Indictment.
Facts not read into the record. Defendant agrees that the facts are true.
Plea petition accepted. Plea agreement reserved.
Sentencing set for 2/25/19 at 11:00 a.m.

Total Time in Court: 45 mins.

Clerk of Court
by: Katheryn Beasley