# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:17-cr-00050 |
| ) | Judge Trauger |
| PANKAJKUMAR PATEL ) | |

## POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS

**COMES NOW** the Defendant, **Pankajkumar Patel**, by and through his undersigned counsel, and pursuant to Administrative Order No. 117-3 of the U.S. District Court for the Middle District of Tennessee and the Order of this Honorable Court, hereby reports that he has no objections to the *Revised* Presentence Report (PSR), disclosed 3/5/19. However, Mr. Patel does have one clarification to the PSR which was communicated to U.S. Probation in writing on 3/5/19 but was not included in the final *Revised* PSR. Paragraph 33 of the *Revised* PSR should read:

> Patel stated that **Hakimzada** was moving at least one million dollars per month through Hakimzada's money transmitting business. Patel further stated that it was Hakimzada who was planning to increase it two million per month. Patel explained that through Hakimzada's money transmitting business, Hakimzada could move money to China, London, Pakistan......

¶ 33, *Revised* PSR. (emphasis supplied). This clarification has no impact on the guideline calculation contained in the *Revised* PSR.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
UBS Tower, Suite 1700
315 Deaderick Street
Nashville, Tennessee 37238
(615) 244-2770

S:/ Peter Strianse
PETER J. STRIANSE
Attorney for Defendant Patel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

Van S. Vincent
Assistant United States Attorney
110 Ninth Avenue South
Suite A961
Nashville, TN 37203-3870

**VIA Email**
Terra Everett
U.S. Probation Officer
Terra_Everett@tnmp.uscourts.gov

This 8th day of March, 2019.

S:/ Peter J. Strianse
PETER J. STRIANSE