# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:17-cr-00050-2 |
| | ) | Judge Trauger |
| PANKAJKUMAR PATEL | ) | |

## ORDER

It is hereby ORDERED that the sentencing hearing in this case is RESET for Friday, May 15, 2020 at 3:00 p.m.

It is so **ORDERED**.

ENTER this 30th day of September 2019.

_____
ALETA A. TRAUGER
U.S. District Judge